| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR.<br>United States Attorney |
| 2 | SANDRA R. BROWN<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS D. COKER (SBN 136820) |
| 4 | Assistant United States Attorney<br>  Room 7211 Federal Building |
| 5 |   300 N. Los Angeles St.<br>  Los Angeles, CA  90012 |
| 6 |   Telephone:  (213) 894-2454<br>  Facsimile:  (213) 894-0115 |
| 7 | JS - 6 |
|   | Attorneys for United States of |
| 8 | America, Appellant |

JS - 6

9           UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                SOUTHERN DIVISION

12  In re:                          ) No. CV 11-01728-CJC
                                    )
13  Naresh Chandler Kamboj and      ) Bankruptcy Court Case No.
    Brij K. Kamboj,                 ) 10-10346-GM Chapter 13
14                                  )
        Debtors.                    ) [PROPOSED] ORDER DISMISSING
15                                  ) APPEAL
    _____     )
16                                  )
    UNITED STATES OF AMERICA,       )
17                                  )
        Appellant,                  )
18                                  )
      v.                            )
19                                  )
    Naresh Chandler Kamboj and      )
20  Brij K. Kamboj,                 )
                                    )
21      Appellees.                  )
    _____

22

23     Pursuant to the stipulation between appellant the

24  United States of America and appellees Naresh Chandler

25  Kamboj and Brij K. Kamboj that the appeal from the "Order on

26  Motion to Extinguish Lien of One West Bank and Debt of

27  Treasury Insurance [sic] Revenue Service" entered by the

28  United States Bankruptcy Court on February 7, 2011, be

dismissed,

IT IS HEREBY ORDERED that the appeal from the "Order on Motion to Extinguish Lien of One West Bank and Debt of Treasury Insurance [sic] Revenue Service" filed on February 28, 2011, by appellant the United States of America is DISMISSED.

DATE: 3/29/11

_____
CORMAC J. CARNEY
United States DISTRICT JUDGE

-2-